FILED
OCT 7 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:20CR00639 RLW/NAB |
| ANTHONY J. NAYLOR, and ) JAMES J. BIBBY, ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about September 9, 2020, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**ANTHONY J. NAYLOR,**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms, said firearms having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2), and Title 18, United States Code, Section 2.

1

## COUNT II

The Grand Jury further charges that:

On or about September 9, 2020, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**JAMES J. BIBBY,**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms, said firearms having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2), and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney